USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 25 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :     INDICTMENT

    - v. -                      :     08 Cr.

DAVID OLIVIER,                  :     08 CRIM 263

        Defendant.              :

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. From in or about October 2006, up to and including in or about January 2008, in the Southern District of New York and elsewhere, DAVID OLIVIER, the defendant, unlawfully, willfully, and knowingly did possess a book, magazine, periodical, film, videotape, computer disk, and other material that contains an image of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, OLIVIER possessed images and videos depicting child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

COUNT TWO

The Grand Jury further charges:

2. From in or about October 2006, up to and

including in or about January 2008, in the Southern District of New York and elsewhere, DAVID OLIVIER, the defendant, unlawfully, willfully, and knowingly did receive child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, OLIVIER received images and videos depicting child pornography.

(Title 18, United States Code, Section 2252A(a)(2)(A).)

_/s/_____          _/s/ Michael J. Garcia_____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DAVID OLIVIER,

Defendant.

**INDICTMENT**

08 Cr.

(18 U.S.C. §§ 2252A(a)(5)(B), 2252A(a)(2)(A).)


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____ Foreperson.