## ABRAMSON & MORAK
ATTORNEYS AT LAW
35 WORTH STREET
NEW YORK, NEW YORK 10013

ALAN M. ABRAMSON*
GLENN H. MORAK

*MEMBER OF NEW YORK AND CONNECTICUT BARS

(212) 226-7098
FAX (212) 226-4559



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 28, 2008

April 24, 2008

Honorable Deborah A. Batts
United States District Court
500 Pearl Street
New York, New York 10007
BY HAND

Re: <u>United States v. David Olivier</u>
    Docket Number 08-CR-263 (DAB)

Dear Judge Batts:

    The above captioned matter is scheduled before Your Honor on April 28, 2008. As I explained to your Deputy, Bill Delaney, I am scheduled to take my 14 daughter to the airport that morning for a school sponsored trip. By this letter, and with the consent of the Government, I am requesting that this matter be adjourned to May 27, 2008. I have also consulted with Mr. Olivier and consent to the exclusion of time pursuant to the Speedy Trial Act.

    Therefore, for the reasons set forth above, I am requesting that the above matter be adjourned until May 27, 2008 at 10:00 a.m.

Respectfully submitted,

Alan M. Abramson

**SO ORDERED**

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

cc: A.U.S.A. Tim Kasulis

*MEMO ENDORSED*