UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

   v.                            :          ORDER

DAVID OLIVIER,                   :          08 Cr. 263 (DAB)

         Defendant.              :
- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2008

DEBORAH A. BATTS, District Judge:

   Upon the application of the United States of America, by and through Assistant United States Attorney Telemachus P. Kasulis, and with the consent of the defendant, DAVID OLIVIER, by and through his counsel, Alan M. Abramson, Esq., it is hereby ORDERED that the time between May 27, 2008, and the date of the next proceeding scheduled in this matter, July 21, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow counsel to discuss a potential disposition of the case.

   SO ORDERED.

Dated:   New York, New York
         5/30/2008, 2008

                                 *Deborah A. Batts*
                                 _____
                                 HON. DEBORAH A. BATTS
                                 United States District Judge