**ABRAMSON & MORAK**

ATTORNEYS AT LAW

35 WORTH STREET

NEW YORK, NEW YORK 10013

ALAN M. ABRAMSON*
GLENN H. MORAK

FAX (212) 226-4559

*MEMBER OF NEW YORK AND CONNECTICUT BARS



RECEIVED JUN 4 2008 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/10/2008

MEMO ENDORSED

June 2, 2008

The Honorable Deborah A. Batts
United States District Judge
500 Pearl Street Suite 2510
New York, New York 10007

VIA Hand Delivery

Re: United States v. David Olivier  08-CR-263(DAB)

Dear Judge Batts:

    My client David Olivier is presently released on a bond that restricts him to his home and requires him to wear a monitoring device. He is permitted to travel to and from work and attend his therapy appointments. His travel for work is limited to the Southern and Eastern Districts of New York and New Jersey.

    Mr. Olivier is the Managing Principle of Olivier and Associates (O & A). O & A offers consulting services in the areas of sales, use, and tax matters. The firm has recently been retained by Legacy Steel Fabricators, LLC, a steel company located in Salt Lake City, Utah. In order to properly serve the client, Mr. Olivier is requesting that he be allowed to travel to Salt Lake City and spend approximately two to three days on site at the company headquarters. Although the dates of travel have not been set, he would expect to travel some time in June. Mr. Olivier would be able to give Pre Trail Services least 10 notice of the trip as well as providing a detailed itinerary of his travel. He would not be in contact with any children during his trip.

*granted DAB 6/10/08*

    In addition, O&A has a company barbeque scheduled for July 19, 2008. The event is to be held at the home of another employee, Mark Stone located at 11 Heller Court, Dix Hills, New York. Mr. Olivier is also requesting permission to attend this event.

*granted DAB 6/10/08*

    I have discussed this matter with Assistant United States Attorney Telemachus Kasulis and

he has no objection to this request. Accordingly I am requesting that Mr. Olivier's bond restrictions be modified to allow the above travel.

Respectfully yours,

Alan M. Abramson

SO ORDERED: *Deborah A. Batts*    6/10/08
 Honorable Deborah A. Batts
cc. AUSA Telemachus P. Kasulis
    Pre Trial Services Leo Barrios

MEMO ENDORSED